**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy           4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Kodrenyc, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-1244205 |
| 4. | Debtor's address | **Principal place of business**<br><br>12795 Forestedge Court<br>Orlando, FL 32828<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>17800 State Road 9 Miami, FL 33162<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor   Kodrenyc, LLC _____   Case number (*if known*) _____
　　　　　Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Kodrenyc, LLC**
Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 18, 2019
            MM / DD / YYYY

X /s/ Jeffrey Vasilas
Signature of authorized representative of debtor

Printed name: **Jeffrey Vasilas, Mgr of 17800 Gardens D, LLC**

Title: the Mgr/Mbr of AQFC LLC, Mgr/Mbr of Kodrenyc, LLC

**18. Signature of attorney**

X /s/ R Scott Shuker
Signature of attorney for debtor

Date  February 18, 2019
      MM / DD / YYYY

Printed name: **R Scott Shuker 984469**

Firm name: **Latham, Shuker, Eden & Beaudine, LLP**

**PO Box 3353
Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone  (407) 481-5800    Email address  rshuker@lseblaw.com; bknotice1@lseblaw.com

**984469 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Kodrenyc, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 18, 2019**     X _/s/ Jeffrey Vasilas_
Signature of individual signing on behalf of debtor

**Jeffrey Vasilas, Mgr of 17800 Gardens D, LLC**
Printed name

**the Mgr/Mbr of AQFC LLC, Mgr/Mbr of Kodrenyc, LLC**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kodrenyc, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 58K Realty<br>75 Hook Road<br>Bayonne, NJ 07002 | | Loan | | | | $150,000.00 |
| Air Dynamics<br>7113 NAW 58th St<br>Tamarac, FL 33321 | | Services | | | | $5,240.00 |
| Alan Glaser<br>11900 Biscayne Blvd Ste 807<br>Miami, FL 33181 | | Legal Services | | | | $12,500.00 |
| Broad & Cassel<br>25 Biscayne Blvd<br>Miami, FL 33131 | | Legal Services | Disputed | | | $183,451.00 |
| Chad P Pugatch, Esq<br>Rice Pugatch Robinson et al<br>101 NE 3rd Ave, Ste 1800<br>Fort Lauderdale, FL 33301 | | Legal Services | | | | $16,000.00 |
| CJUF Flagler III, LLC<br>12000 Biscayne Blvd<br>Miami, FL 33181 | | Trade Debt | | | | $84,100.00 |
| Clark Elevators<br>PO Box 350296<br>Miami, FL 33135 | | Contractor | | | | $1,100.00 |
| Elite Construction<br>1521 Alton Rd<br>Miami Beach, FL 33139 | | Contractor | Disputed | | | $29,600.00 |

Debtor   **Kodrenyc, LLC**                                            Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Dept of Revenue** Attn: Executive Director 5050 W Tennessee St Tallahassee, FL 32399-0140 | | | | | | $2,811.00 |
| **Hemisphere Appraisals** 10115 SW 72nd St Miami, FL 33173 | | Services | Disputed | | | $11,288.00 |
| **Lift Stations R Us** 5511 NW 37th Ave Miami, FL 33142 | | Services | Disputed | | | $11,781.00 |
| **Miami-Dade County Waater Mgmt Div** 701 NW 1 Court, Ste 400 Miami, FL 33136 | | | | $569.76 | $0.00 | $569.76 |
| **Miami-Dade County Tax Collector** 200 NW 2nd Avenue Miami, FL 33128 | | Taxes | | | | $91,256.39 |
| **Prism Fire** 10211 W Sample Rd #200 Coral Springs, FL 33065 | | Services | | | | $1,975.00 |
| **Rene Castillo** 1833 NW 22nd St Miami, FL 33144-2000 | | Services | Disputed | | | $18,000.00 |
| **Rohann Lugg** 306 Santa Catalina Circle N Lauderdale, FL 33068 | | Services | Disputed | | | $42,000.00 |
| **Upright Electrical** 8521 NW 54th Court Lauderhill, FL 33351 | | Services | Disputed | | | $11,094.00 |
| **Wallid Abasude** 2665 S Bayshore Dr # 220 Miami, FL 33133 | | Services | Disputed | | | $35,000.00 |
| **Waste Mgmt** PO Box 4648 Carol Stream, IL 60197 | | Trade Debt | | | | $4,086.00 |
| **Wilfredo Montes** 1841 NW 22nd St Miami, FL 33142 | | Contractor | Disputed | | | $32,900.00 |

## United States Bankruptcy Court
### Middle District of Florida

In re  Kodrenyc, LLC
Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AQFC LLC<br>12795 Forestedge Court<br>Orlando, FL 32828 | N/A | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the the Mgr/Mbr of AQFC LLC, Mgr/Mbr of Kodrenyc, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  February 18, 2019

Signature  _Jeffrey Vasilas, Mgr of 17800 Gardens D, LLC_

*Penalty for making a false statement of concealing property* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C §§ 152 and 3571

**United States Bankruptcy Court**
**Middle District of Florida**

In re   Kodrenyc, LLC                                                    Case No.
                                    Debtor(s)                            Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the the Mgr/Mbr of AQFC LLC, Mgr/Mbr of Kodrenyc, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 18, 2019

Jeffrey Vasilas, Mgr of 17800 Gardens D, LLC the Mgr/Mbr of AQFC LLC, Mgr/Mbr of Kodrenyc, LLC
Signer/Title

Kodrenyc, LLC
12795 Forestedge Court
Orlando, FL 32828

Chad P Pugatch, Esq
Rice Pugatch Robinson et al
101 NE 3rd Ave, Ste 1800
Fort Lauderdale, FL 33301

Lift Stations R Us
5511 NW 37th Ave
Miami, FL 33142

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

CJUF Flagler III, LLC
12000 Biscayne Blvd
Miami, FL 33181

Mario Murgado, Mgr
MNAR 17800 Ipco Rd, LLC
655 SW 8th St
Miami, FL 33130

17800 St Road 9 Lender LLC
c/o Jeffrey Wertman, Esq
Berger Singerman, LLP
350 E Los Alas Blvd Ste 1000
Fort Lauderdale, FL 33301

Clark Elevators
PO Box 350296
Miami, FL 33135

Miami-Dade County
Tax Collector
200 NW 2nd Avenue
Miami, FL 33128

58K Realty
75 Hook Road
Bayonne, NJ 07002

Dominion Capital LLC
341 W 38th Street
New York, NY 10017

Miami-Dade County
Waater Mgmt Div
701 NW 1 Court, Ste 400
Miami, FL 33136

Air Dynamics
7113 NAW 58th St
Tamarac, FL 33321

Edd Helms Air Conditioning
17850 NE 5th Ave
Miami, FL 33162

Miami-Dade County
Code Enforcement
111 NW 1st St, Ste 1750
Miami, FL 33128

Alan Glaser
11900 Biscayne Blvd Ste 807
Miami, FL 33181

Elite Construction
1521 Alton Rd
Miami Beach, FL 33139

Miami-Dade Fire
9300 NW 41st Street
Doral, FL 33178

Alexander Sanghwan
c/o Thomas Scolaro, Esq
Leesfield Scolaro, PA
2350 S Dixie Hwy
Miami, FL 33133

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Prism Fire
10211 W Sample Rd #200
Coral Springs, FL 33065

AM145 Holdings LLC
145 W 57th St, 9th FL
New York, NY 10019

Florida Dept of Revenue
8175 NW 12th St, Ste 119
Doral, FL 33126

Rene Castillo
1833 NW 22nd St
Miami, FL 33144-2000

AQFC LLC
12795 Forestedge Court
Orlando, FL 32828

Hemisphere Appraisals
10115 SW 72nd St
Miami, FL 33173

Rohann Lugg
306 Santa Catalina Circle
N Lauderdale, FL 33068

Broad & Cassel
25 Biscayne Blvd
Miami, FL 33131

Kenneth A Welt, Receiver
c/o John Arrastia, Jr., Esq
Genovese Joblove
100 SE 2nd St, Ste 4400
Miami, FL 33131

Sign Image and Digital LEDS
Attn: Lyle Ryman
1201 NE 191 St, G207
Miami, FL 33179

Summers Fire
751 Park of Commerce Dr
Suite 100
Boca Raton, FL 33487


Upright Electrical
8521 NW 54th Court
Lauderhill, FL 33351


Wallid Abasude
2665 S Bayshore Dr # 220
Miami, FL 33133


Waste Mgmt
PO Box 4648
Carol Stream, IL 60197


Wilfredo Montes
1841 NW 22nd St
Miami, FL 33142