# United States Bankruptcy Court
## Middle District of Florida

In re   Kodrenyc, LLC                                  Case No.
                              Debtor(s)                Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Kodrenyc, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AQFC LLC**
**12795 Forestedge Court**
**Orlando, FL 32828**

☐ None [*Check if applicable*]

**February 18, 2019**
Date

R Scott Shuker 984469
Signature of Attorney or Litigant
Counsel for   **Kodrenyc, LLC**
**Latham, Shuker, Eden & Beaudine, LLP**
**PO Box 3353**
**Orlando, FL 32802-3353**
**(407) 481-5800 Fax:(407) 481-5801**
**rshuker@lseblaw.com; bknotice1@lseblaw.com**