**Fill in this information to identify the case:**

Debtor name: **Kodrenyc, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:19-bk-00996-KSJ**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                              Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Iberia Bank (Opened by Receiver 11/2018 - Present) | Operating | Unkn | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                              **$0.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor   **Kodrenyc, LLC**                                  Case number (If known) **6:19-bk-00996-KSJ**
         Name

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Stage, tables, chairs, and leasehold improvements, including electrical, sound equipment | $950,000.00 | Cost | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

| Debtor | Kodrenyc, LLC | Case number (If known) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **17800 State Road 9<br>Miami, FL 33162<br>Parcel ID:<br>30-2207-046-0020<br>Lot: Parcel B<br>PG/ORB: 65 Page: 64<br>Subdivision: North Dade Industrial Tract<br>includes: 30,000 sq ft Nightclub/Lounge and<br>30,000 sq ft Industrial space**<br><br>**Appraisal done by Lender (not available to Debtor)**<br><br>**Alleged Payoff as of February 1, 2019 is $8,923,516.73** | **Fee Simple** | $5,339,205.00 | Tax records | $9,700,000.00 |

56. **Total of Part 9.**  $9,700,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
■ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 10:  Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | · |
| 61. Internet domain names and websites | | | |

| Debtor | Kodrenyc, LLC | Case number (If known) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**
    **$1,000,000 nonrefundable deposit related to real estate purchase held by Buyer's counsel**     Unknown     Unknown

65. **Goodwill**

66. **Total of Part 10.**     $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Kodrenyc, LLC**  
Name

Case number *(If known)* **6:19-bk-00996-KSJ**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................> | | $9,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00   + 91b. | $9,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,700,000.00 |

**Fill in this information to identify the case:**

Debtor name: **Kodrenyc, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:19-bk-00996-KSJ**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **17800 St Road 9 Lender LLC**<br>Creditor's Name<br><br>c/o Jeffrey Wertman, Esq<br>Berger Singerman, LLP<br>350 E Los Alas Blvd Ste 1000<br>Fort Lauderdale, FL 33301<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**07/2017**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. 17800 St Road 9 Lender LLC<br>2. 17800 St Road 9 Lender LLC<br>3. Miami-Dade County<br>4. Sign Image and Digital LEDS<br>5. Summers Fire<br>6. Miami-Dade County<br>7. Miami-Dade County | Describe debtor's property that is subject to a lien<br>**17800 State Road 9**<br>**Miami, FL  33162**<br>**Parcel ID:  30-2207-046-0020**<br>**Lot:  Parcel B PG/ORB: 65 Page: 64**<br>**Subdivision:  North Dade Industrial Tract**<br>**includes:   30,000 sq ft Nightclub/Lounge and 30,000 sq ft Industrial space**<br><br>Appraisal done<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>☐ No<br>☒ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $797,812.50 | $9,700,000.00 |
| **2.2** **17800 St Road 9 Lender LLC** | Describe debtor's property that is subject to a lien | $4,000,000.00 | $9,700,000.00 |

Official Form 206D                           Schedule D: Creditors Who Have Claims Secured by Property                           page 1 of 5

Debtor   **Kodrenyc, LLC**   Case number (if know)   **6:19-bk-00996-KSJ**
_____Name_____

| Creditor's Name | | | |
|---|---|---|---|
| c/o Jeffrey Wertman, Esq<br>Berger Singerman, LLP<br>350 E Los Alas Blvd Ste 1000<br>Fort Lauderdale, FL 33301 | 17800 State Road 9<br>Miami, FL 33162<br>Parcel ID: 30-2207-046-0020<br>Lot: Parcel B PG/ORB: 65 Page: 64<br><br>Amount is principal but Lender claims current total owed is $9,000,000 | | |
| Creditor's mailing address | Describe the lien<br>**Second Mortgage**<br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Creditor's email address, if known | | | |
| Date debt was incurred<br>**07/2017**<br>Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| 2.3 | **Alexander Sanghwan** | Describe debtor's property that is subject to a lien | $230,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name<br>c/o Thomas Scolaro, Esq<br>Leesfield Scolaro, PA<br>2350 S Dixie Hwy<br>Miami, FL 33133 | **Lawsuit - Breach of Contract, Unjust enrichment<br>Case No. 18-9458 CA 01** | | |
| | Creditor's mailing address | Describe the lien<br>**Lis Pendens**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | Date debt was incurred<br>**02/2019**<br>Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| 2.4 | **Miami-Dade County** | Describe debtor's property that is subject to a lien | $92,178.17 | $9,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 17800 State Road 9<br>Miami, FL 33162<br>Parcel ID: 30-2207-046-0020<br>Lot: Parcel B PG/ORB: 65 Page: 64<br>Subdivision: North Dade Industrial Tract<br>includes: 30,000 sq ft Nightclub/Lounge and 30,000 sq ft Industrial space | | |
| | **Tax Collector<br>200 NW 2nd Avenue<br>Miami, FL 33128** | **Appraisal done** | | |
| | Creditor's mailing address | Describe the lien | | |

| Debtor | Kodrenyc, LLC | Case number (if know) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**
**2018 Real Property Tax**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Miami-Dade County** | Describe debtor's property that is subject to a lien | $569.76 | $9,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **17800 State Road 9**<br>**Miami, FL  33162**<br>**Parcel ID:  30-2207-046-0020**<br>**Lot:  Parcel B PG/ORB: 65 Page: 64**<br>**Subdivision:  North Dade Industrial Tract**<br>**includes:  30,000 sq ft Nightclub/Lounge and 30,000 sq ft Industrial space** | | |

**Water Mgmt Div**
**701 NW 1 Court, Ste 400**
**Miami, FL 33136**
Creditor's mailing address

**Appraisal done**

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**
**01/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Miami-Dade County** | Describe debtor's property that is subject to a lien | $0.00 | $9,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **17800 State Road 9**<br>**Miami, FL  33162**<br>**Parcel ID:  30-2207-046-0020**<br>**Lot:  Parcel B PG/ORB: 65 Page: 64**<br>**Subdivision:  North Dade Industrial Tract**<br>**includes:  30,000 sq ft Nightclub/Lounge and 30,000 sq ft Industrial space** | | |

**Code Enforcement**
**111 NW 1st St, Ste 1750**
**Miami, FL 33128**
Creditor's mailing address

**Appraisal done**

**Describe the lien**
**Judgment Lien-Case 16-13410 CA 01**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

| Debtor | Kodrenyc, LLC | Case number (if know) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**12/2016**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Sign Image and Digital LEDS** | Describe debtor's property that is subject to a lien | $16,831.04 | $9,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**17800 State Road 9**
**Miami, FL 33162**
**Parcel ID: 30-2207-046-0020**
**Lot: Parcel B PG/ORB: 65 Page: 64**
**Subdivision: North Dade Industrial Tract**
**includes: 30,000 sq ft Nightclub/Lounge and 30,000 sq ft Industrial space**

**Attn: Lyle Ryman**
**1201 NE 191 St, G207**
**Miami, FL 33179**
Creditor's mailing address

**Appraisal done**

**Describe the lien**
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Summers Fire** | Describe debtor's property that is subject to a lien | $6,340.00 | $9,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**17800 State Road 9**
**Miami, FL 33162**
**Parcel ID: 30-2207-046-0020**
**Lot: Parcel B PG/ORB: 65 Page: 64**
**Subdivision: North Dade Industrial Tract**
**includes: 30,000 sq ft Nightclub/Lounge and 30,000 sq ft Industrial space**

**751 Park of Commerce Dr**
**Suite 100**
**Boca Raton, FL 33487**
Creditor's mailing address

**Appraisal done**

**Describe the lien**
**Construction Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

---

| Debtor | Kodrenyc, LLC | Case number (if know) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $5,143,731.47

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chad P Pugatch, Esq**<br>Rice Pugatch Robinson et al<br>101 NE 3rd Ave, Ste 1800<br>Fort Lauderdale, FL 33301 | Line **2.1** | |
| **Kenneth A Welt, Receiver**<br>c/o John Arrastia, Jr., Esq<br>Genovese Joblove<br>100 SE 2nd St, Ste 4400<br>Miami, FL 33131 | Line **2.1** | |
| **Miami-Dade County**<br>Attn:  Christopher Angell<br>111 NW 1st Street #2810<br>Miami, FL 33128 | Line **2.6** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kodrenyc, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:19-bk-00996-KSJ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**Attn: Executive Director**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0140** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,811.00 | $2,811.00 |
|   | Date or dates debt was incurred | Basis for the claim: | | |
|   | Last 4 digits of account number | Is the claim subject to offset? | | |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|   | Date or dates debt was incurred<br>**2018** | Basis for the claim: | | |
|   | Last 4 digits of account number | Is the claim subject to offset? | | |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | Kodrenyc, LLC | Case number (if known) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Miami-Dade County**<br>**Tax Collector**<br>**200 NW 2nd Avenue**<br>**Miami, FL 33128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,971.23 | $21,971.23 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Prorated County and Real Estate Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Air Dynamics**<br>**7113 NAW 58th St**<br>**Tamarac, FL 33321** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,240.00 |
|---|---|---|---|
| | Date(s) debt was incurred **June-Dec 2018** | Basis for the claim: **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Alisha Babies**<br>**c/o James M Ragano, Esq**<br>**109 S Edison Ave**<br>**Tampa, FL 33606** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred **08/2018** | Basis for the claim: **Lawsuit - Negligence Case 2018-26517-CA-01** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Broad & Cassel**<br>**25 Biscayne Blvd**<br>**Miami, FL 33131** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $183,451.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Chad P Pugatch, Esq**<br>**Rice Pugatch Robinson et al**<br>**101 NE 3rd Ave, Ste 1800**<br>**Fort Lauderdale, FL 33301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,203.05 |
|---|---|---|---|
| | Date(s) debt was incurred **Dec 2018** | Basis for the claim: **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**CJUF Flagler III, LLC**<br>**12000 Biscayne Blvd**<br>**Miami, FL 33181** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84,100.00 |
|---|---|---|---|
| | Date(s) debt was incurred **Mar 2018** | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Kodrenyc, LLC**                                                                      Case number (if known)  **6:19-bk-00996-KSJ**
         Name

| 3.6 | Nonpriority creditor's name and mailing address<br>**Clark Elevators**<br>PO Box 350296<br>Miami, FL 33135<br><br>Date(s) debt was incurred **Oct2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Contractor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,100.00 |
|---|---|---|
| 3.7 | Nonpriority creditor's name and mailing address<br>**Elite Construction**<br>1521 Alton Rd<br>Miami Beach, FL 33139<br><br>Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Contractor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $29,600.00 |
| 3.8 | Nonpriority creditor's name and mailing address<br>**Elton Jones**<br>c/o Richard Wolfe, Esq<br>175 SW 7th St, Ste 2410<br>Miami, FL 33130<br><br>Date(s) debt was incurred **06/2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Lawsuit - Negligence Case 2018-21673-CA-01**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Hemisphere Appraisals**<br>10115 SW 72nd St<br>Miami, FL 33173<br><br>Date(s) debt was incurred **June 2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $11,288.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>**KapilaMukamal, LLC**<br>1000 S Federal Hwy #200<br>Fort Lauderdale, FL 33316<br><br>Date(s) debt was incurred **11/2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,544.63 |
| 3.11 | Nonpriority creditor's name and mailing address<br>**Lift Stations R Us**<br>5511 NW 37th Ave<br>Miami, FL 33142<br><br>Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $11,781.00 |
| 3.12 | Nonpriority creditor's name and mailing address<br>**Miami-Dade County Stormwater Utility**<br>701 NW 1st Court, 5th Fl<br>Miami, FL 33136<br><br>Date(s) debt was incurred **02/2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stormwater Utility payments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,008.41 |

Debtor  **Kodrenyc, LLC**                                             Case number (if known)  **6:19-bk-00996-KSJ**
       Name

| | | |
|---|---|---:|
| **3.13** | **Nonpriority creditor's name and mailing address**<br>**Miami-Dade Fire**<br>9300 NW 41st Street<br>Doral, FL 33178<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$510.00** |
| **3.14** | **Nonpriority creditor's name and mailing address**<br>**Michael T. Fay**<br>**Avision Young**<br>2020 Ponce de Leon Blvd<br>Suite 1200<br>Miami, FL 33134<br><br>Date(s) debt was incurred **02/2019**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Broker Commission for sale of Property**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$150,000.00** |
| **3.15** | **Nonpriority creditor's name and mailing address**<br>**Prism Fire**<br>10211 W Sample Rd #200<br>Coral Springs, FL 33065<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,975.00** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>**Rene Castillo**<br>1833 NW 22nd St<br>Miami, FL 33144-2000<br><br>Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$18,000.00** |
| **3.17** | **Nonpriority creditor's name and mailing address**<br>**Rohann Lugg**<br>306 Santa Catalina Circle<br>N Lauderdale, FL 33068<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$42,000.00** |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>**Rudy Jimenez-Revolorio**<br>c/o Juan Asconape, Esq<br>7111 Fairway Dr, Ste 105<br>Palm Beach Gardens, FL 33418<br><br>Date(s) debt was incurred **06/2018**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Lawsuit - Negligence Case 2018-20003-CA-01**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**SBK Realty**<br>75 Hook Road<br>Bayonne, NJ 07002<br><br>Date(s) debt was incurred **April 2018**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset?  ☐ No  ■ Yes | **$150,000.00** |

| Debtor | Kodrenyc, LLC | Case number (if known) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address<br>**Star Pressure Cleaning**<br>c/o Adrian Acosta, Esq<br>2930 NW 7th Ave, 2d Fl<br>Miami, FL 33127<br><br>Date(s) debt was incurred **10/2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Lawsuit for services provided Case 2018-23294-SP-23**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $650.00 |
|---|---|---|

| 3.21 | Nonpriority creditor's name and mailing address<br>**Upright Electrical**<br>8521 NW 54th Court<br>Lauderhill, FL 33351<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $11,094.00 |
|---|---|---|

| 3.22 | Nonpriority creditor's name and mailing address<br>**Wallid Abasude**<br>2665 S Bayshore Dr # 220<br>Miami, FL 33133<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $35,000.00 |
|---|---|---|

| 3.23 | Nonpriority creditor's name and mailing address<br>**Waste Mgmt**<br>PO Box 4648<br>Carol Stream, IL 60197<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $4,086.00 |
|---|---|---|

| 3.24 | Nonpriority creditor's name and mailing address<br>**Wilfredo Montes**<br>1841 NW 22nd St<br>Miami, FL 33142<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Constractor**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $32,900.00 |
|---|---|---|

| 3.25 | Nonpriority creditor's name and mailing address<br>**Yahtavian Bellamy**<br>c/o Lorenzo Law<br>2850 S Douglas Rd, Ste 303<br>Coral Gables, FL 33134<br><br>Date(s) debt was incurred **09/2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Lawsuit - Loan Fraud Case 2018-31518-CA-01**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $91,250.00 |
|---|---|---|

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Kodrenyc, LLC | Case number (if known) | 6:19-bk-00996-KSJ |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Florida Dept of Revenue**<br>**8175 NW 12th St, Ste 119**<br>**Doral, FL 33126** | Line **2.1**<br><br>☐ Not listed. Explain ___ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 24,782.23 |
| 5b. Total claims from Part 2 | 5b. + | $ | 900,781.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 925,563.32 |

**Fill in this information to identify the case:**

Debtor name: **Kodrenyc, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:19-bk-00996-KSJ**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement as Counsel for Kodrenyc, LLC for sale of property** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Allan M. Glaser, P.A.<br>11900 Biscayne Blvd, Ste 807<br>Miami, FL 33181 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Purchase Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Mario Murgado, Mgr<br>MNAR 17800 Ipco Rd, LLC<br>655 SW 8th St<br>Miami, FL 33130 |

Fill in this information to identify the case:

Debtor name: **Kodrenyc, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:19-bk-00996-KSJ**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | AK "N" ELI, LLC, et al | 17800 Ipco Road Miami, FL 33162 | Yahtavian Bellamy | ☐ D ____<br>■ E/F  3.25<br>☐ G ____ |
| 2.2 | AK "N" ELI, LLC, et al | 17800 Ipco Road Miami, FL 33162 | Elton Jones | ☐ D ____<br>■ E/F  3.8<br>☐ G ____ |
| 2.3 | AK "N" ELI, LLC, et al | 17800 Ipco Road Miami, FL 33162 | Alexander Sanghwan | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Diamonds Forever Miami, LLC | 17800 Ipco Road Miami, FL 33162 | Alisha Babies | ☐ D ____<br>■ E/F  3.2<br>☐ G ____ |
| 2.5 | Diamonds Forever Miami, LLC | 17800 Ipco Road Miami, FL 33162 | Alexander Sanghwan | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Kodrenyc, LLC | Case number *(if known)* | 6:19-bk-00996-KSJ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **EMK Equities, LLC** | 1364 East 5th St<br>Brooklyn, NY 11230 | **Elton Jones** | ☐ D ____<br>■ E/F  3.8<br>☐ G ____ |
| 2.7 | **Fly Low, Inc** | 506 SE 11th Court<br>Fort Lauderdale, FL 33316 | **Rudy Jimenez-Revolorio** | ☐ D ____<br>■ E/F  3.18<br>☐ G ____ |
| 2.8 | **Jeffrey Vasilas** | 12795 Forestedge Court<br>Orlando, FL 32828 | **Alexander Sanghwan** | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |