UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: KODRENYC, LLC

CASE NUMBER: 6:19-BK-00996-KSJ

JUDGE KAREN S JENNEMANN

DEBTOR.

CHAPTER 11

DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM   April 1, 2020   TO   June 30, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 8/12/20

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
Michael E. Moecker, as Liquidating Trustee
841 Prudential Drive
Jacksonville, FL 32207

Tel. (954) 252-1560

Attorney's Address
and Phone Number:
R. Scott Shuker, Esq.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801
Bar No. 0984469
Tel. (407) 337-2060

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N.A. |
| 2. Are all premium payments current? | | N.A. |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Interest bearing savings account opened.

1-28-2020   Order Granting Ore Tenus Motion To Re-Open Case

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

dated this 17th day of August 2020

Liquidating Trustee

M.F. Moecker

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | KODRENYC, LLC |
|---|---|
| Case Number: | 6:19-BK-00996 |
| Date of Plan Confirmation: | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| 1. | CASH (Beginning of Period) | | $ 487,587.89 | $ 9,298,341.55 |
| 2. | INCOME or RECEIPTS during the Period | | $ 572.26 | $ 28,714.35 |
| 3. | DISBURSEMENTS | | | |
| | a. Operating Expenses (Fees/Taxes): | | | |
| | (i) U.S. Trustee Quarterly Fees | | $ 88,389.00 | $ 88,389.00 |
| | (ii) Federal Taxes | | $ 0 | $ 0 |
| | (iii) State Taxes | | $ 0 | $ 0 |
| | (iv) Other Taxes | | $ 0 | $ 0 |
| | b. All Other Operating Expenses: | | $ 40.00 | $ 213,935.75 |
| | c. Plan Payments: | | | |
| | (i) Administrative Claims | | $ 150,000.00 | $ 150,000.00 |
| | (ii) Class One | | $ | $ 8,625,000.00 |
| | (iii) Class Two | | $ 0 | $ 0 |
| | (iv) Class Three | | $ 0 | $ 0 |
| | (v) Class Four | | $ 0 | $ 0 |
| | (Attach additional pages as needed) | | | |
| | Total Disbursements (Operating & Plan) | | $ 238,429.00 | $ 9,077,324.75 |
| 1. | CASH (End of Period) | | $ 249,731.15 | $ 249,731.15 |

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | Wells Fargo | |
| Account Number: | 3047 | 9191 | 3801 | |
| Purpose of Account (Operating/Payroll/Tax) | Depository | Operating | Savings | |
| Type of Account (e.g. checking) | checking | checking | Savings | |
| 1. Balance per Bank Statement | 500.18 | 0 | 249,230.97 | |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 | 0 | |
| 4. Other Reconciling Items | 0 | 0 | 0 | |
| 5. Month End Balance (Must Agree with Books) | 500.18 | 0 | 249,230.97 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| debit | 4/28/2020 | Wells Fargo Bank | wire transfer service fee | 30 |
| wire | 4/28/2020 | Mar Ocean LLC | administrative claim payment per order | 150,000.00 |
| debit | 5/20/2020 | Wells Fargo Bank | fee to purchase cashier's check | 10 |
| debit | 5/20/2020 | Wells Fargo Bank | purchase cashier's check payable to US Trustee for 1st quarter UST fees | 88389 |
| | | | TOTAL | 238429 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# Business Platinum Savings

April 30, 2020 ■ Page 1 of 3



042375 1 AV 0.389  223416

KODRENYC, LLC
2200 KAYLEE DR
THE VILLAGES FL 32162-3383

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $487,087.71 |
| Deposits/Credits | 504.68 |
| Withdrawals/Debits | - 150,030.00 |
| **Ending balance on 4/30** | **$337,562.39** |
| Average ledger balance this period | $472,084.71 |

Account number: 3801
**KODRENYC, LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $504.68 |
| Average collected balance | $472,084.71 |
| Annual percentage yield earned | 1.31% |
| Interest earned this statement period | $504.68 |
| Interest paid this year | $28,646.77 |

The Special Interest Rate on your account expires **05/04/2020**. At that time, your interest rate changes to the account's standard interest rate. For current standard interest rates on your account, please contact your local banker or call the number listed on your statement.



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/28 | Wire Trans Svc Charge - Sequence: 200428112974 Srf# 0066347119452258 Trn#200428112974 Rfb# | | 30.00 | |
| 4/28 | ※ WT Fed#01164 Truist Bank /Ftr/Bnf=Mar Ocean LLC Srf# 0066347119452258 Trn#200428112974 Rfb# | | 150,000.00 | 337,057.71 |
| 4/30 | Interest Payment | 504.68 | | 337,562.39 |
| | Ending balance on 4/30 | | | 337,562.39 |
| | Totals | $504.68 | $150,030.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

※ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
| • Minimum daily balance | $10,000.00 | $337,057.71 ☑ |
| • The fee is waived when linked to a Platinum Business Checking account | | |

YQ/YQ

170944



# Business Platinum Savings

June 30, 2020 ■ Page 1 of 4




009138 1 AV 0.389  324248

KODRENYC, LLC
2200 KAYLEE DR
THE VILLAGES FL 32162-3383

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $337,562.39 |
| Deposits/Credits | 67.58 |
| Withdrawals/Debits | - 88,399.00 |
| **Ending balance on 6/30** | **$249,230.97** |
| Average ledger balance this period | $249,217.86 |

Account number:  -3801
**KODRENYC, LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $67.58 |
| Average collected balance | $276,724.29 |
| Annual percentage yield earned | 0.15% |
| Interest earned this statement period | $67.58 |
| Interest paid this year | $28,714.35 |



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 5/20 | Withdrawal Made In A Branch/Store | | 88,399.00 | 249,163.39 |
| 5/29 | Interest Payment | 54.47 | | 249,217.86 |
| 6/30 | Interest Payment | 13.11 | | 249,230.97 |
| | Ending balance on 6/30 | | | 249,230.97 |
| | Totals | $67.58 | $88,399.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Minimum daily balance | $10,000.00 | $249,163.39 ☑ |
| • The fee is waived when linked to a Platinum Business Checking account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 06/01/2020 - 06/30/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Minimum daily balance | $10,000.00 | $249,217.86 ☑ |
| • The fee is waived when linked to a Platinum Business Checking account | | |

YQ/YQ

 **IMPORTANT ACCOUNT INFORMATION**

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:




# Wells Fargo Simple Business Checking

April 30, 2020 ■ Page 1 of 3



026468 1 AV 0.369 214740

KODRENYC LLC
2200 KAYLEE DR
THE VILLAGES FL 32162-3383

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $500.18 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$500.18** |
| Average ledger balance this period | $500.18 |

Account number: 3047
**KODRENYC LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



## Monthly service fee summary (continued)

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $500.00 | $500.00 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

123820

# Wells Fargo Simple Business Checking

May 31, 2020 ■ Page 1 of 3





026278 1 AV 0.389  269331

KODRENYC LLC
2200 KAYLEE DR
THE VILLAGES FL 32162-3383

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $500.18 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/31** | **$500.18** |
| Average ledger balance this period | $500.18 |

Account number:  !3047
**KODRENYC LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $500.00 | $500.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## ✓ IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

131600



# Wells Fargo Simple Business Checking

June 30, 2020 ■ Page 1 of 4



026595 1 AV 0.389 320069

KODRENYC LLC
2200 KAYLEE DR
THE VILLAGES FL 32162-3383

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $500.18 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 6/30** | **$500.18** |
| Average ledger balance this period | $500.18 |

Account number:  3047
**KODRENYC LLC**
*Florida account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 063107513
For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

June 30, 2020 ■ Page 2 of 4



## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2020 - 06/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $500.00 | $500.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## ✓ IMPORTANT ACCOUNT INFORMATION

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day.



147714

